

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 26, 2020

Jorge G. Aristotelidis
Tower Life Building
310 S. St. Mary's St., Suite 1910
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Steven A. Wadsworth
Assistant District Attorney - 216th
Judicial District
402 Clearwater Paseo, Ste. 400
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

Lucy Wilke
Assistant District Attorney, 216th
Judicial District
200 Earl Garrett Street, Ste. 201
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:  04-18-00802-CR & 04-18-00803-CR
        Trial Court Case Number:  6330, 6328
        Style:  Kenton Lance Light
              v.
              The State of Texas

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ,
Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: M. Patrick Maguire (DELIVERED VIA E-MAIL)
Zoe Russell (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2020

No. 04-18-00802-CR & 04-18-00803-CR

Kenton Lance **LIGHT,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6330, 6328
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                 Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Beth Watkins, Justice
                 Liza A. Rodriguez, Justice

The panel has considered the Appellant's Motion for En Banc Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court

March 26, 2020

No. 04-18-00802-CR & 04-18-00803-CR

Kenton Lance **LIGHT,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6330, 6328
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The panel has considered the Appellant's Motion for En Banc Rehearing, and the motion is DENIED.

/s/ Sandee Bryan Marion
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.

/s/ Michael A. Cruz
MICHAEL A. CRUZ,
Clerk of Court

ENTERED THIS 26TH DAY OF MARCH, 2020.